

**JUDGMENT**

# Court of Appeals

# First District of Texas

NO. 01-14-00237-CV

OLIVER VANS, JR., MICKEY DINH, SANTOS REYNA, AND LO DINH, Appellants

V.

INFINITY COUNTY MUTUAL INSURANCE COMPANY AND SANDRA HIGHTOWER, Appellees

Appeal from the 281st District Court of Harris County. (Tr. Ct. No. 2009-68816).

This case is an appeal from the final judgment signed by the trial court on May 1, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellants, Oliver Vans, Jr., Mickey Dinh, Santos Reyna, and Lo Dinh, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 5, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Justice Lloyd.